No. 83–1039. KINNETT DAIRIES, INC. *v.* DAIRYMEN, INC. C. A. 11th Cir. Motion of National Independent Dairy-Foods Association for leave to file a brief as *amicus curiae* granted. Certiorari denied. ▮▮▮▮▮▮▮▮▮